UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH RICHARD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 7:16-CV-417-RN |
| NANCY A. BERRYHILL, ) | |
| *Acting Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court DENIES Richard's Motion for Judgment on the Pleadings, GRANTS Berryhill's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's determination.**

This Judgment Filed and Entered on December 19, 2017 with service on:
Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)

Date: December 19, 2017                              PETER A. MOORE, JR., CLERK

                                                                    Lauren Herrmann, Deputy Clerk